IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                          CASE NO. 1:06-cv-00153-MP-AK

$1,008,618.93 IN FUNDS FROM BANK OF AMERICA
ACCOUNT NUMBER XXXXXXXX04881, et al,

    Defendant.

_____/

**O R D E R**

This matter is before the Court on Doc. 8, Government's Motion to Seal. Previously, the Court entered an order staying this case until the resolution of the underlying criminal prosecution. Doc. 7. Because the reasons that supported the order to stay–protecting the privacy and rights of the parties–also support the motion to seal, the order is granted. Accordingly, the Clerk is directed to seal this case and all documents in the record.

**DONE AND ORDERED** this  *3rd* day of October, 2006

                          *s/Maurice M. Paul*

                          Maurice M. Paul, Senior District Judge