IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                            CASE NO. 1:06-cv-00153-MP-AK

$1,008,618.93 IN FUNDS FROM BANK OF AMERICA
ACCOUNT NUMBER 003448320488, et al.,

    Defendants.
_____/

**O R D E R**

This matter is before the Court on Doc. 12, Motion to Unseal Case, filed by the United States of America. In its motion, the Government states that the Defendant property will be returned, and therefore this case no longer needs to be sealed. Based on this, the Court grants the motion, and the Clerk is directed to unseal this case.

    **DONE AND ORDERED** this *16th* day of June, 2008

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge