IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                         CASE NO. 1:06-cv-00153-MP-AK

$1,008,618.93 IN FUNDS FROM BANK OF AMERICA
ACCOUNT NUMBER 003448320488

$7,613.34 IN FUNDS FROM BANK OF AMERICA
ACCOUNT NUMBER 003448319224

$306,096.52 IN FUNDS FROM 1ST UNITED BANK
ACCOUNT NUMBER 3302023

$30,852.53 IN FUNDS FROM BANK OF AMERICA
ACCOUNT NUMBER 003445250988

$78,943.29 IN FUNDS FROM BANK OF AMERICA
ACCOUNT NUMBER 005481091251,

    Defendants.
_____/

## **O R D E R**

        This matter is before the Court on Doc. 14, Motion to Set Aside Forfeiture and Certificate of Reasonable Cause, filed by Plaintiff United States of America. In the motion, the United States moves the Court for an issuance of a Certificate of Reasonable Cause, and an order returning the defendant properties. Under 28 U.S.C. § 2465(a)(2), such a certificate shall be entered, notwithstanding a judgment for the claimant, if it appears that there was reasonable cause for the seizure or arrest. After reviewing the record, the Court finds that there was reasonable cause for the seizure or arrest of the defendant properties. Accordingly, it is hereby

        **ORDERED AND ADJUDGED:**

        1.        The defendant properties, with accrued interest, if any, shall be returned to the

claimants in care of Robert Targ at 100 SE 2nd Street, 2600 Bank of America Tower, Miami, Florida 33131 as follows:

**Bank of America Account Number 003448320488 to South Florida Bone Marrow/Stem Cell Transplant Institute, Inc.**

**Bank of America Account Number 003448319224 to South Florida Bone Marrow/Stem Cell Transplant Institute, Inc.**

**Bank of America Account Number 3302023 to South Florida Bone Marrow/Stem Cell Transplant Institute, Inc.**

**Bank of America Account Number 003445250988 to Dipnarine Maharaj, MD, PA**

**Bank of America Account Number 005481091251 to Dipnarine Maharaj, MD, PA**

2. Pursuant to 28 U.S.C. § 2465(a)(2), neither the person who made the seizure or arrest nor the prosecutor shall be liable to suit or judgment on account of such suit or prosecution, nor shall the claimant be entitled to costs, except as provided in 28 U.S.C. § 2465(b.)

**DONE AND ORDERED** this  *1st* day of July, 2008

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge